RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Raul Rosales-Villegas

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00713-DJA |
| Plaintiff, | ORDER **TO CONTINUE PRELIMINARY HEARING** |
| v. | (Second Request) |
| RAUL ROSALES-VILLEGAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Arul Rosales-Villegas, that the Preliminary Hearing currently scheduled on December 19, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.    Counsel for the defendant will be out of the district during the scheduled hearing date.

2.      Parties have entered negotiations and need the additional time to resolve this matter.

3.      Defendant is not incarcerated and does not object to a continuance.

4.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 16th day of December, 2022.


RENE L. VALLADARES                      JASON M. FRIERSON
Federal Public Defender                 United States Attorney


By _/s/ Aden Kebede_____        By _/s/ Edward G. Veronda_____
ADEN KEBEDE                             EDWARD G. VERONDA
Assistant Federal Public Defender       Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00713-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| RAUL ROSALES-VILLEGAS, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on December 19, 2022, at the hour of 4:00 p.m., be vacated and continued to March 20, 2023, at 4:00 p.m., Courtroom 3A.

DATED this 19th day of December, 2022.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge

3